UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MICHELLE GRAY,

                Plaintiff(s),

    against

PRESSLER, FELT & WARSHAW, L.L.P; LVNV FUNDING, LLC,

                Defendant(s).

Civil Case No.: 2:22-cv-01182

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, that this action is hereby dismissed with prejudice and without costs to either party.

    IT IS FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts, and scanned, facsimile or photocopy signatures shall be deemed originals.

Dated: Fairfield, New Jersey
       August 17, 2022, 2022

| JONES, WOLF & KAPASI, LLC | J. ROBBIN LAW PLLC |
|---|---|
| By: _/s/ Joseph K. Jones_ | By: _/s/ Jacquelyn A. Dicicco_ |
| Joseph K. Jones, Esq. | Jacquelyn A. DiCicco, Esq. |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**SO ORDERED.**

_____
Hon. Esther Salas, U.S.D.J.
Date: August 18, 2022